No. D-2687. IN RE DISCIPLINE OF SIEGELMAN. Don Eugene Siegelman, of Birmingham, Ala., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2688. IN RE DISCIPLINE OF LAWRENCE. Gary S. Lawrence, of Southport, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2689. IN RE DISCIPLINE OF INGRAM. Jesse H. Ingram, of Columbia, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 10-930. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. VALENCIA GONZALES. C. A. 9th Cir. [Certiorari granted, 565 U. S. 1259.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11-218. TIBBALS, WARDEN v. CARTER. C. A. 6th Cir. [Certiorari granted, 565 U. S. 1259.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11-626. LOZMAN v. CITY OF RIVIERA BEACH, FLORIDA. C. A. 11th Cir. [Certiorari granted, 565 U. S. 1195.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11-1085. AMGEN INC. ET AL. v. CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS. C. A. 9th Cir. [Certiorari granted, *ante*, p. 905.] Motion of petitioners to dispense with printing the joint appendix granted. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 11-1347. CHAFIN v. CHAFIN. C. A. 11th Cir. Certiorari granted.